RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 26 2018

JAMES N. HATTEN, Clerk
By: ꜱʙʟ Deputy Clerk

IN THE UNITED STATES NORTHERN DISTRICT COURT

STATE OF GEORGIA

DEBRA CURRY ; Executor of Estates, :

        Plaintiff,      :    **1:18-CV-0408**

v.                      : CIVIL FILE ACTION NO:_____

ARROWHEAD NURSING HOME, *Emory*  :
FOXEGLOVE NURSING HOME aka GENISIS :
NURSING HOME INC. *Fulton County*  :   COMPLAINT FOR DAMAGES
*MEDICAL EXAMINERS*               :   JURY TRIAL DEMANDED
        Defendants,     :
_____/

## MEDICAL MALPRACTICE, FRAUD AND NEGLIGENCE, THEFT, AND WRONGFUL DEATH AND REQUEST FOR 2ND OR 3RD AMENDMENT:

COMES NOW the Plaintiff on and through herself and counsel to submit this Complaint on behalf of the deceased and herself for the injustices suffered by herself and her daughter that passed in the treatment of services at the nursing home and medical facilities of the defendants as follows;

### VENUE AND JURISDICTION

1.

All defendants and parties do therefore does business or abide within the jurisdiction of the legal jurisdiction of this Complaint.

2.

The Plaintiff or her daughter that is now deceased did reside during the period and season within the legal statutes of limitation when the accusations were conducted.

## **CONCLUSION**

WHEREFORE, this day the Plaintiff has submitted a brief summary to surpass the Statue of Limitation and to beg the Court for permission to submit a full brief and complete filing of the Complaint by February 02, 2018 for full review. The Plaintiff also ask that the Court wait for the Affidavit of the Expert Witness that will full be included in the completely filed Complaint.

Respectfully submitted this day of January 26, 2018.

Debra Curry
P.O. Box 5015
Atlanta, GA 30302
Curry.debra@lawyer.com
770 415-9998

## **CERTIFICATE OF SERVICES**

      I hereby certify that a copy of this COMPLAINT OF DAMAGES has been stamped into Court, and the copies will be delivered by Registered Mail to the Defendants listed below as stated;

*Debra Curry*

Debra Curry